UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AARON GUERRERO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN JEREMY BEAN,<br><br>　　　　Respondent. | Case No. 2:24-cv-01952-RFB-DJA<br><br>**ORDER** |

Petitioner Aaron Guerrero filed an application in the United States Court of Appeals for the Ninth Circuit seeking authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition. The court of appeals transferred the case to this court when it determined that the application was unnecessary and that Guerrero may file a habeas petition without obtaining prior authorization. ECF No. 1-1. Thus, Guerrero is permitted to proceed herein by filing a habeas petition on the form provided by this court. See LSR 3-1, Local Rules of Practice, U.S. District Court of Nevada.

**IT IS THEREFORE ORDERED** the Clerk of Court shall send Guerrero two copies of a noncapital Section 2254 habeas petition form, a copy of the instructions for the form, and a copy of the papers that he submitted in this action. Guerrero shall have **30 days** to file his habeas petition on a fully completed form. Failure to comply will result in the dismissal of this action.

\ \ \

\ \ \

\ \ \

**IT IS FURTHER ORDERED** that Guerrero is granted leave to proceed *in forma pauperis*. He is not required to pay the filing fee for this action.

**DATED:** April 9, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**