# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON GUERRERO,<br><br>  Petitioner,<br><br>v.<br><br>WARDEN JEREMY BEAN,<br><br>  Respondents. | Case No. 2:24-cv-01952-RFB-DJA<br><br>**ORDER** |

On April 9, 2025, this Court entered an order giving the petitioner, Aaron Guerrero, 30 days to file a habeas petition on the Court's approved form. ECF No. 2. Guerrero has not complied with the Court's order or requested an extension of time to do so. Thus, the Court will dismiss this action.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice for Guerrero's failure to comply with the Court's order. The Clerk of the Court shall close this case.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue as reasonable jurists would not find this decision to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk shall add Aaron D. Ford, Nevada Attorney General, as counsel for respondents, and electronically serve upon respondents a copy of this order. No response is necessary.

**DATED:** July 25, 2025.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**